IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02290-BNB

PAUL INMAN,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,
JOE ORTIZ, CDOC Director,
BARRY PARDUS, Director/Clinical Services,
JOANN STROCK, Clinical Services,
UN-NAMED DEFENDANT (1),
UN-NAMED DEFENDANT (2),
UN-NAMED DEFENDANT (3), and
UN-NAMED DEFENDANT (4),

    Defendants.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 19 2006

GREGORY C. LANGHAM
CLERK

---

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    The issue before the Court is Plaintiff's "Motion for Extension of Time to Pay Partial Filing Fee and for Leave to File Amended Complaint," filed with the Court on January 17, 2006. Because the Court received Plaintiff's initial partial payment of $32.00 on January 12, 2006, his request for an extension of time to pay the fee is DENIED as moot.

    As for Plaintiff's request for leave to file an Amended Complaint, the request is GRANTED. Plaintiff is reminded, however, that an amended complaint supersedes the original complaint. *See Balance v. Redman Homes, Inc.*, 759 F.2d 504, 508 (5th Cir. 1985); *Cameron v. Figwort*, 705 F.2d 676 (2$^{d}$ Cir.1983); *London v. Coopers & Lybrand*, 644 F.2d 811 (9th Cir. 1981); 6 C. Wright, A. Miller & M. Kane, *Federal Practice and Procedure* § 1476 (1990). The Amended Complaint must be submitted on a Court-approved form. Plaintiff shall have up to and including February 10, 2006, to file an Amended Complaint. If he fails to file an Amended Complaint by February 10,

2006, the Court will proceed to review the merits of the Complaint form filed on December 1, 2005.

Dated: January 19, 2006

Copies of this Minute Order mailed on January 19, 2006, to the following:

Paul Inman
Prisoner No. 89591
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

_____
Secretary/Deputy Clerk