IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02290-LTB-PAC

PAUL INMAN,

    Plaintiff(s),

v.

JO AN STOCK, L.C.F., HEALTH CARE [sic] PROFIDOR, and
DR. ANITA BLOOR, L.C.F., HEALTH CARE SUPERVISOR,

    Defendant(s).

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 2 5 2006

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING SERVICE OF SUMMONS AND COMPLAINT

---

This matter is before the court on the *pro se* prisoner plaintiff's Amended Complaint, filed January 26, 2006. Plaintiff has been granted leave to proceed *in forma pauperis* under 28 U.S.C. §1915. The court, having reviewed the Amended Complaint and being fully advised,

HEREBY **ORDERS** that the United States Marshal shall serve a copy of the Amended Complaint, summons, and the order granting leave to proceed pursuant to 28 U.S.C. §1915 on the defendants. Where appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed.R.Civ.P. 4(d).

All costs of service shall be advanced by the United States.

Dated this 25th day of April, 2006.

                            BY THE COURT:

                            s\ Patricia A. Coan
                            PATRICIA A. COAN
                            United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 05-cv-02290-LTB-PAC

Paul Inman
Prisoner No. 89591
Limon Correctional Facility
49030 State Hwy. 71
Limon, CO 80826

Jo Ann Stock and Dr. Anita Bloor – WAIVER
c/o Cathie Holst
Colorado Department of Corrections
Office of Legal Affairs
2862 S. Circle Drive, Suite 400
Colorado Springs, CO 80906-4122

Paul Sanzo, Asst. Attorney General
Office of the Attorney General
**DELIVERED ELECTRONICALLY**
**COURTESY COPY**

I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to Cathie Holst for service of process on Jo Ann Stock and Dr. Anita Bloor: AMENDED COMPLAINT FILED 1/26/06, SUMMONS, WAIVER, AND NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE on 4/25/06.

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk