IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
MAGISTRATE JUDGE PATRICIA A. COAN

Civil Action No. 05-cv-02290-LTB-PAC

PAUL INMAN,

    Plaintiff(s),

v.

JO AN STOCK, L.C.F., HEALTH CARE [sic] PROFIDOR, and
DR. ANITA BLOOR, L.C.F., HEALTH CARE SUPERVISOR,

    Defendant(s).

_____

**ORDER SETTING PRELIMINARY SCHEDULING CONFERENCE**
_____

    IT IS HEREBY **ORDERED** that a preliminary Scheduling Conference is set for **July 19, 2006 at the hour of 9:30 a.m.**, in Courtroom A501, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado. The parties need not comply with the requirements of Fed. R. Civ. P. 16 and 26(a)(1) and D.C. COLO.LCivR. 16.1 and 16.2. The purpose of the initial conference is to consider the nature and status of the case, the timing for filing of any motions, and what discovery, if any, will be needed. Plaintiff and his/her case manager shall contact the court at: (303) 844-4892 on the above date and time in order to participate.

    IT IS FURTHER **ORDERED** that the Clerk's Office shall electronically mail a copy of this Minute Order to the legal assistant for the Department of Corrections at the following address: service_of_process@doc.state.co.us.

Dated: June 14, 2006